```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

JAMES M. WEBSTER, JR., as
Executor of the Estate of
JAMES M. WEBSTER, SR.,

      Plaintiff,

v.                                CIVIL ACTION NO. 1:09-0714

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

## JUDGMENT ORDER

    For the reasons set forth in its Memorandum Opinion filed this day, the court ORDERS as follows:

    1. Defendant's Motion for Summary Judgment is granted.

    2. This action is dismissed with prejudice.

    3. The Clerk is directed to retire this action from the active docket of this court and send certified copies of this Judgment Order and copies of the court's Memorandum Opinion to all counsel of record.

    **IT IS SO ORDERED** this 19th of March, 2010.

                        ENTER:

                        */s/ David A. Faber*
                        David A. Faber
                        Senior United States District Judge